IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PERCY LAMONTE CAMEL,** | Case No. 2:18-cv-01560-TLN EFB |
| Petitioner, | **[P~~ROPOSED~~] ORDER** |
| v. | |
| **STUART SHERMAN, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDER THAT Respondent's responsive pleading be filed on or before August 29, 2018.

Dated: August 7, 2018 _____

The Honorable Edmund F. Brennan